■ In the Matter of VERMONT DEPARTMENT OF SOCIAL WELFARE on Behalf of LYNN L.T., Respondent, v LOUIS T.T. SR., Also Known as FLORIO V., Appellant. [934 NYS2d 709]—

Respondent's objection on the ground of improper service is barred by the doctrine of res judicata because he could have raised it in a prior proceeding (*see Majid v Commissioner of Social Servs.*, 24 AD3d 251 [2005], *lv denied* 7 NY3d 703 [2006]). Moreover, the objection was barred by the doctrine of laches, as respondent waited over 24 years before raising it (*see Steiner v Steiner*, 204 AD2d 157 [1994]). Concur—Gonzalez, P.J., Mazzarelli, Andrias, Sweeny and Román, JJ.